**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

05 OCT 19 PM 2:58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**WILLIAM P. WARE**

**Plaintiff,**

**vs.** ) **Civ. No. 05-02231-SHM-tmp**

**FIRST TENNESSEE BANK**

**Defendant.**

## ~~JOINT~~ PROPOSED SCHEDULING ORDER

The following dates, agreed upon by the parties, are established as the final dates for:

**INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):**

November 3, 2005.

**JOINING PARTIES**: December 1, 2005.

**AMENDING PLEADINGS**: December 1, 2005.

**INITIAL MOTIONS TO DISMISS**: January 16, 2006.

**COMPLETING ALL DISCOVERY**: May 22, 2006.

(a) **DOCUMENT PRODUCTION**: May 22, 2006.

(b) **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS**: May 22, 2006.

(c) **EXPERT WITNESS DISCLOSURE (Rule 26)**:

(1) **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT**

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-24-05

5

**INFORMATION**: March 22, 2006.

(2) **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION**: April 24, 2006.

(3) **EXPERT WITNESS DEPOSITIONS**: May 22, 2006.

**FILING DISPOSITIVE MOTIONS**: July 10, 2006.

**OTHER RELEVANT MATTERS**:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for non-jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. The trial will last approximately 3 days.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

At this time, the parties have not given consideration to whether they wish to consent to trial before the magistrate judge. The parties will file a written consent form with the court should they decide to proceed before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

October 19, 2005
Date

Approved:

William P. Ware
1414 Agnes Place
Memphis, TN 38104
(901)274-6513
Plaintiff, *Pro se*

Frederick J. Lewis
O. John Norris, III
Lewis Fisher Henderson
Claxton & Mulroy, LLP
6410 Poplar Avenue, Suite 300
Memphis, TN 38119
(901)767-6160
(901)767-7411 (Fax)
Attorneys For Defendant

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE

# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02231 was distributed by fax, mail, or direct printing on October 24, 2005 to the parties listed.

William Ware
1414 Agnes Place
Memphis, TN 38104

O. John Norris
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT